Filed 2/8/16  P. v. Garrison CA2/4

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>ANTHONY ALLEN GARRISON,<br><br>        Defendant and Appellant. | B263170<br><br>(Los Angeles County<br> Super. Ct. No. BA432317) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Karla D. Kerlin, Judge.  Affirmed.

California Appellate Project, Jonathan B. Steiner, Executive Director, and Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

By felony complaint, defendant Anthony Allen Garrison was charged with the following four counts: count 1, assault with a semi-automatic firearm (Pen. Code, § 245, subd. (b))[1] with personal use of a firearm (§ 12022.5); count 2, inflicting corporal injury on a girlfriend, with a prior conviction (§ 273.5, subd. (f)(2)) and with use of a firearm (§ 12022.5, subd. (a)); count 3, carrying a loaded handgun (§ 25850, subd. (a)); and count 4, aiding prostitution (§ 653.23, subd. (a)(1)). According to defendant's probation report (there was no preliminary hearing or trial), the charges arose from an incident in which, after defendant's girlfriend broke off their relationship because he was trying to become her pimp, defendant physically assaulted her with a loaded handgun.

Before the preliminary hearing, pursuant to a plea agreement, defendant pled no contest to count 2, and admitted the prior conviction and firearm use alleged in that count, and also pled no contest to count 3. In exchange, the trial court sentenced him to a total term of 6 years, 8 months in state prison. Defendant filed a timely notice of appeal.

His court appointed attorney on appeal filed an opening brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436, asking that this court undertake a review of the record to determine whether any arguable issues exist. Defendant was advised of his right to submit a supplemental brief, but none has been received.

We have reviewed the entire record, and conclude that no arguable issues exist.

---

[1] All further statutory references are to the Penal Code.

**DISPOSITION**

The judgment is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**


WILLHITE, Acting P. J.


We concur:



MANELLA, J.



COLLINS, J.

3